# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1400

_____

|  |  |  |
|---|---|---|
| Jimmy Lee Brown, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Arkansas. |
| Officer William Smith, Texarkana, | * | |
| Arkansas, Police Department, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  March 16, 2010
Filed:  March 29, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Jimmy Lee Brown appeals from the district court's[1] orders granting partial summary judgment and dismissing his suit following a bench trial in his pro se 42 U.S.C. § 1983 action.

Having carefully reviewed the record and the district court's findings, see Eckert v. Titan Tire Corp., 514 F.3d 801, 804 (8th Cir. 2008) (review of district

---

[1]The Honorable Jimm Larry Hendron, Chief Judge, United States District Court for the Western District of Arkansas.

court's fact findings made after bench trial is for clear error, and review of its legal conclusions and mixed questions of law and fact is de novo); Amrine v. Brooks, 522 F.3d 823, 830 (8th Cir. 2008) (grant of summary judgment is reviewed de novo), we affirm the district court for the reasons explained in its well-reasoned orders. Accordingly, we affirm.  See 8th Cir. R. 47B.

_____